| | |
|---|---|
| 1 | **ROUTH CRABTREE OLSEN, PS** |
| | EDWARD T. WEBER, ESQUIRE, #194963 |
| 2 | JONATHAN J. DAMEN, ESQUIRE, #251869 |
| 3 | BRETT P. RYAN, ESQUIRE, #200563 |
| | 1241 E. Dyer Road, Suite 250 |
| 4 | Santa Ana, CA 92705 |
| | 714-277-4937 / Fax (714) 277-4899 |
| 5 | RCO# 7021.47955 |
| | Attorney for Creditor |
| 6 | Wells Fargo Bank, N.A., As Trustee For The Certificateholders Of Bank Of America Mortgage 2007-3 Trust, Mortgage Pass-Through Certificates, Series 2007-3 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | No. 11-47858 |
| John Albert Lough, Jr. and Jacqueline Elizabeth Lough fka | Chapter 13 |
| Jacqueline Elizabeth Malone | REQUEST FOR SPECIAL NOTICE |
| Debtors. | |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Wells Fargo Bank, N.A., As Trustee For The Certificateholders Of Bank Of America Mortgage 2007-3 Trust, Mortgage Pass-Through Certificates, Series 2007-3 requests that all notice given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Chapter 13 Plan and Schedules and any amended Chapter 13 Plan and Schedules, Dismissal Order, and Discharge Order), be given to and served upon the undersigned at the following address and telephone number. This notice can in no way be construed as a grant of authority from Creditor to counsel to accept service on behalf of Creditor or otherwise waive in any way the right of Creditor to the full rights of service as may be accorded under local and federal rules.

Jonathan J Damen
Routh Crabtree Olsen, PS
1241 E. Dyer Road
Suite 250
Santa Ana, CA 92705
PH 714-277-4937

Dated: 8/8/11

Routh Crabtree Olsen, PS

By: /s/Jonathan J Damen
Attorneys for Creditor

# PROOF OF SERVICE

I declare: I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years. My business address is 1241 E. Dyer Road, Suite 250, Santa Ana, California, 92705. On the date stated below, I served within **Request for Special Notice** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail and/or electronic service as follows:

**SERVICE VIA U.S. MAIL:**
John Albert Lough, Jr.
296 Amberleaf Way
Brentwood, CA 94513

Jacqueline Elizabeth Lough fka
Jacqueline Elizabeth Malone
296 Amberleaf Way
Brentwood, CA 94513

**ELECTRONIC SERVICE:**
Patrick L. Forte
plforte@sonic.net

Martha G. Bronitsky
13trustee@oak13.com

US Trustee (OAK)
USTPRegion17.OA.ECF@usdoj.gov

Service was made on August  15 , 2011 at Santa Ana, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

By: /s/ Fernando Kvelas