April 17, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Weinstein & Riley, P.S.
Gail A. Rinaldi, SBN 133354
3830 Valley Centre Drive, Ste. 705-411
San Diego, CA 92130
Phone: (760) 846-1003
Fax: (858) 481-3780
E-mail: GailR@w-legal.com
Attorneys for Movant

The following constitutes
the order of the court. Signed April 17, 2015

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA (Oakland)

In re:

John Albert Lough, Jr. and Jacqueline Elizabeth Lough fka Jacqueline Elizabeth Malone,

           Debtors

Case No.: 11-47858

Chapter: 13

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

A hearing was held on May 6, 2014 at 10:30 AM, before the Honorable Judge Stephen L. Johnson for Nationstar Mortgage, LLC, its assignees and successors' ("Movant") Motion for Relief from Stay regarding the property located at 5478 Leigh Ave., San Jose, CA 95124. Debtor's counsel Anne Shiau did appear and parties informed the court debtor was just approved for a 3 month trial period loan modification.

    IT IS ORDERED that the Motion for Relief from Stay was taken off calendar to be reset on 10 days' notice in event the debtor fails to make payments during the trial period.

**END OF ORDER**

1

| | |
|---|---|
| 1 | |
| 2 | <u>COURT SERVICE LIST</u> |
| 3 | **Debtor:** |
| 4 | John Albert Lough, Jr.<br>Jacqueline Elizabeth Lough |
| 5 | 296 Amberleaf Way<br>Brentwood, CA 94513 |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |